UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TREYVON MITCHELL,<br><br>    Defendant. | Case No. CR24-164-JNW<br><br>DETENTION ORDER |

  Defendant Treyvon Mitchell is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(D), 846. The Court held a detention hearing on May 1, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Mitchell is charged with an offense with a maximum sentence of life and an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions

DETENTION ORDER - 1

will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Mitchell as required and the safety of the community. Mr. Mitchell has strong community ties and has resided in the jurisdiction for most of his life.

4. Mr. Mitchell poses a risk of danger due to the nature of the instant offense and the government's proffer that Mr. Mitchell's firearm, which was registered in his name, was used in two shootings of two individuals. The government further proffered that material discovered on Mr. Mitchell's iphone indicated that he was engaged in human trafficking. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Mitchell's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Mitchell shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Mitchell shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Mitchell

DETENTION ORDER - 2

is confined shall deliver Mr. Mitchell to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Mitchell, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>1st</u> day of May, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3