UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS JACKSON, et al.,<br><br>Defendants. | CASE NO. 2:24-cr-00164-JNW<br><br>ORDER |

Markell Jackson's and Marquis Jackson's emergency motions for furlough to attend their grandmother's funeral come before the Court. Dkt. Nos. 876, 877. The Government opposes both motions. Dkt. No. 879.

The Court may temporarily release a pretrial detainee on a showing of a "compelling reason." 18 U.S.C. § 3142(i). It's the defendant's burden to establish that such a reason exists. Dangerousness and flight risk remain the Court's primary considerations.

The Court recently granted Mandel Jackson's motion for a brief private visit to a funeral home to pay his respects to his mother. Dkt. No. 880. That decision rested on specific circumstances: a private, individual visit to a funeral home, a

**ORDER** - 1

single approved custodian with no co-defendants present, and geographic and time limits that adequately addressed any risks.

These motions present a different situation. Both defendants wish to attend the same funeral services on the same day and at the same time. Standard conditions of release prohibit contact—direct or indirect—among co-defendants. The motions do not address this conflict, and the Court cannot structure a release on this record that resolves it. The individual risk profiles also weigh against release. Marquis Jackson has a documented history of fleeing from law enforcement, and the Third Superseding Indictment reflects that his alleged criminal conduct continued *after* his arrest and while detained. Markell Jackson was detained in part because he fled when he learned of other arrests occurring and attempted to destroy evidence. Neither motion discusses these concerns or proposes conditions that adequately address them.

The motions are thus DENIED. Dkt. Nos. 876, 877.

Dated this 26th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2